# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-40542
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
March 20, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Clarence Roland,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-177-2

———————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Clarence Roland seeks appointment of counsel in this appeal of the denial of his motion for reconsideration of an order dismissing a criminal indictment and superseding indictment against him without prejudice. Because we lack jurisdiction, we dismiss the appeal.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40542

We must examine our jurisdiction sua sponte. *See Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). The order dismissing the indictment and superseding indictment without prejudice is not an appealable final judgment under 28 U.S.C. § 1291. *See United States v. Day*, 806 F.2d 1240, 1242 (5th Cir. 1986); *see also United States v. Martin*, 682 F.2d 506, 507-08 (5th Cir. 1982). The order denying Roland's motion for reconsideration of that order is not an appealable order for the same reasons. *See Zimmerman v. Int'l Cos. & Consulting, Inc.*, 107 F.3d 344, 347 (5th Cir. 1997), *abrogated on other grounds by Arthur Andersen LLP v. Carlisle*, 556 U.S. 624 (2009). Thus, we lack jurisdiction over the appeal. Accordingly, the appeal is DISMISSED, and the motion for appointment of counsel is DENIED.